DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PARK** and **CONCRETE STUDIO TRADING LIMITED,** a United
Kingdom Registered Company**,**
Appellants,

v.

**ANDREAS ASEMOTA,**
Appellee.

No. 4D19-3071

[April 16, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 19-010295.

Shaun E. Rice of De Armas, Millich & Rice, PL, Hollywood, for appellants.

C. Cory Mauro of Mauro Law P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***